IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 10-cr-00056-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ADAM FROST,

    Defendant.

---

**ORDER CONCERNING DISCLOSURE OF GRAND JURY TRANSCRIPT**

---

This matter is before the court on the government's Motion to Disclose Grand Jury Transcript to Defendant [Docket No. 17]. Upon consideration of the motion, it is ORDERED as follows:

1. Pursuant to Fed.R.Crim.P. 6(e)(3)(E)(i), the government may disclose to counsel for the defendant the transcript of the testimony of the witness who testified before the grand jury.

2. To protect grand jury secrecy, defense counsel shall make only such copies of this transcript as are necessary to prepare a defense of this case. Within ten days of the conclusion of the case in this court, by entry of the court's judgment, defense counsel shall collect any copies of the grand jury transcript and return them to the government.

3. Copies of the grand jury transcript may be used only in connection with this criminal proceeding, and any further dissemination or use is prohibited.

DATED February 25, 2010.

            BY THE COURT:

            s/Philip A. Brimmer
            PHILIP A. BRIMMER
            United States District Judge