IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00056-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ADAM FROST,

    Defendant.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the government's Notice of Intent to Offer Evidence of Other Sexual Assault Crimes Pursuant to Fed. R. Evid. 413 [Docket No. 21]. It is

    ORDERED that a hearing on Docket No. 21 is set for **March 25, 2010 at 3:00 p.m.**

    DATED March 3, 2010.