IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 10-cr-00056-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ADAM FROST,

    Defendant.

---

### TRANSFER ORDER

---

    This matter is before the Court on review of the file. Pursuant to the United States District Court for the District of Colorado Protocol Statement Concerning the Use of Visiting Judges approved August 12, 2009, and with the approval of Chief Judge Wiley Y. Daniel, this matter is hereby transferred to Senior Judge James A. Parker of the District of New Mexico, with the understanding that Judge Parker will assume responsibility for the future management of the case.

    DATED September 7, 2010.

                                                        BY THE COURT:

                                                        s/Philip A. Brimmer
                                                         PHILIP A. BRIMMER
                                                         United States District Judge