IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                                           No. CR 10cr56 JAP

ADAM FROST,
    Defendant.

## **ORDER**

A telephonic scheduling conference was held, off the record, on September 13, 2010. Plaintiff was represented by Assistant United States Attorney Todd Norvell; Defendant was represented by Assistant Public Defender La Fonda Jones.

The Court set Jury Selection and Trial on Monday, October 25, 2010, at 9:00 a.m. and a Pre-Trial Conference on Friday, October 22, 2010, at 2:00 p.m. The Pre-Trial Conference will be held at the United States Social Security Building, 103 Sheppard Drive, Room 235, Durango, Colorado. The Jury Selection will be held at the La Plata County Courthouse, 1060 E. 2nd Avenue, Durango, Colorado, and after a jury is selected the trial will commence at the Social Security Building.

IT IS ORDERED THAT:

1. By September 30, 2010, Plaintiff's Counsel must label, numerically, all of Plaintiff's Exhibits and provide copies to Defendant's Counsel;

2. The following are to be filed by October 4, 2010:

    a.) Proposed Voir Dire Questions;

    b.) A set of agreed Proposed Jury Instructions and, if the parties are unable to agree on all instructions, a separate set of Jury Instructions proposed by each party;

c.) Motions in Limine;

d.) An Exhibit List indicating which exhibits are agreed to and indicating the exhibits that are opposed, and;

e.) Witness Lists with a brief summary of the expected testimony of each witness.

Dated this 14th day of September, 2010.

_____
SENIOR UNITED STATES DISTRICT JUDGE