```
IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF COLORADO
```
**BEFORE THE HONORABLE JAMES A. PARKER**
```
     United States District Court
     103 Sheppard Drive, Room 235
```
**DURANGO, COLORADO**

## NOTICE OF HEARING OF PRE-TRIAL CONFERENCE
## FRIDAY, OCTOBER 22, 2010, at 2:00 p.m.

I hereby certify that a copy of this calendar was served--via facsimile transmission, mail, or electronic means--to counsel of record as they are shown on the Court's docket.

Please direct all inquiries to: Cynthia Blumenthal, Courtroom Deputy to Judge Parker, at (505) 348-2230

**THIS COPY OF THE COURT CALENDAR SERVES AS YOUR NOTICE OF HEARING.**

**Cynthia Blumenthal, Courtroom Deputy**
**Dated: 9/15/2010**

**USA vs. ADAM FROST**

**For USA:** Todd Parker Norvell, AUSA

**For Deft:** La Fonda Jones, AFPD