```
IN THE UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF COLORADO
```
**BEFORE THE HONORABLE JAMES A. PARKER**
```
     103 Sheppard Drive, Room 235
            DURANGO, COLORADO
```

# NOTICE OF HEARING

# FRIDAY, FEBRUARY 18, 2011, AT 1:30 P.M.

I hereby certify that a copy of this calendar was served--via facsimile transmission, mail, or electronic means--to counsel of record as they are shown on the Court's docket.

Please direct all inquiries to: Cynthia Blumenthal, Courtroom Deputy, Albuquerque, New Mexico, (505) 348-2230.

**THIS COPY OF THE COURT CALENDAR SERVES AS YOUR NOTICE OF HEARING.**

**Cynthia Blumenthal, Courtroom Deputy**
**Dated: 12/10/2010**

### 1:30 P.M.         SENTENCING HEARING

**10cr56 JAP  USA V. ADAM FROST**

Attorney for USA - Todd Parker Norvell

Attorney for Defendant - La Fonda R. Jones