```
IN THE UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF COLORADO
```
**BEFORE THE HONORABLE JAMES A. PARKER**
```
       103 Sheppard Drive, Room 235
             DURANGO, COLORADO
```

## NOTICE OF HEARING

## FRIDAY, MARCH 18, 2011, AT 1:30 P.M.

The Sentence hearing set on February 18, 2011, is vacated and is reset on Friday, March 18, 2011.

I hereby certify that a copy of this calendar was served--via facsimile transmission, mail, or electronic means--to counsel of record as they are shown on the Court's docket.

Please direct all inquiries to:  Cynthia Blumenthal, Courtroom Deputy, Albuquerque, New Mexico,  (505) 348-2230.

**THIS COPY OF THE COURT CALENDAR SERVES AS YOUR NOTICE OF HEARING.**

**Cynthia Blumenthal, Courtroom Deputy**
**Dated: 2/8/2011**

### 1:30 P.M.          SENTENCING HEARING

**10cr56 JAP  USA V. ADAM FROST**

Attorney for USA - Todd Parker Norvell

Attorney for Defendant - La Fonda R. Jones