```
IN THE UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF COLORADO
```
**BEFORE THE HONORABLE JAMES A. PARKER**
```
     103 Sheppard Drive, Room 235
           DURANGO, COLORADO
```

## SECOND AMENDED NOTICE OF HEARING

# WEDNESDAY, MARCH 16, 2011, AT 2:00 P.M.

The Sentence hearing set on March 18, 2011, is vacated and is moved up to Wednesday, March 16, 2011.

I hereby certify that a copy of this calendar was served--via facsimile transmission, mail, or electronic means--to counsel of record as they are shown on the Court's docket.

Please direct all inquiries to: Cynthia Blumenthal, Courtroom Deputy, Albuquerque, New Mexico, (505) 348-2230.

## THIS COPY OF THE COURT CALENDAR SERVES AS YOUR NOTICE OF HEARING.

**Cynthia Blumenthal, Courtroom Deputy**
**Dated: 2/14/2011**

### 2:00 P.M.        SENTENCING HEARING

**10cr56 JAP  USA V. ADAM FROST**

Attorney for USA - Todd Parker Norvell

Attorney for Defendant - La Fonda R. Jones