IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00715-JAP
Criminal Action No. 10-cr-00056-JAP-1

UNITED STATES OF AMERICA,

v.

1.  ADAM FROST,

       Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

It is HEREBY ORDERED that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce ADAM FROST, before United States Judge James A. Parker on June 2, 2016 at 10:00 a.m. in Denver, Colorado, for a hearing and thereafter to return the defendant to the institution wherein he is now confined.

DATED April 26, 2016

BY THE COURT:

*James A. Parker*

JAMES A. PARKER
United States District Judge